HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAMES EDWARD NICHOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-MJ-00049 JDP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND SCHEDULING BRIEFING** |
| JAMES EDWARD NICHOLS, | ) | |
| Defendant. | ) | Date: April 17, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, James E. Nichols, that the status conference scheduled for April 17, 2019, may be vacated and the following schedule set for briefing and hearing on a motion to suppress evidence:

(1) motion and supporting brief due by May 8;

(2) opposition due by May 29;

(3) optional reply brief due June 5, 2019.

/ / / / /

-1-

The parties will address in their briefs the question whether an evidentiary hearing is necessary and will alert the Court in advance of the hearing. The parties agree that the motion may be heard, as well as a status conference, on June 12, 2019, at 10:00 a.m.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 5, 2019 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAMES E. NICHOLS

McGREGOR SCOTT
United States Attorney

Dated: April 5, 2019 /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

The above schedule is adopted. The status conference scheduled for April 17 is continued to June 12, 2019, at 10:00 a.m., at which time the Court will hear defendant's motion.

IT IS SO ORDERED.

Dated: April 12, 2019

UNITED STATES MAGISTRATE JUDGE