Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number 6:18-MJ-0049-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JAMES EDWARD NICHOLS, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: May 22, 2019 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Nichols* 6:17-MJ-0049-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 25, 2019   　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE